GOULD
v.
CHASE.                                     Judgment affirmed.

GOULD *against* CHASE.

*Where the*
*defendant, hav-*
*ing executed a*
*promissory*
*note, after-*
*wards promi-*
*ses the assig-*
*nee of the note*
*to pay it, he*
*cannot, in an*
*action brought*
*on the note, by*
*the assignee in*
*the name of*
*the payee, set*
*off demands*
*which he had*
*against the no-*
*minal plaintiff,*
*prior to the*
*making of the*
*note, merely*
*upon proving*
*those demands,*
*without far-*
*ther explana-*
*tion, as it is to*
*be presumed*
*from the fact*
*of his subse-*
*quently giving*
*a note, coupled*
*with his pro-*
*mise to the as-*
*signee to pay*
*it, that the sub-*
*ject of the set-*
*off had been*
*previously sa-*
*tisfied.*

IN ERROR, on *certiorari* to a Justice's Court.

This was an action upon a promissory note not negotia-ble, executed by the defendant in error, who was, also, de-fendant in the Court below, to the plaintiff in error, in whose name the suit was brought, but for the benefit of one *Hos-kins*, the assignee of the note. The note was dated the 28th of *December*, 1813, for 25 dollars, payable three months after date, with interest. The note was assigned before it fell due, and the defendant, before it became payable, called at the store of *Hoskins*, and asked if the note was in his hands, and on its being shown to him, said, that he was not ready to meet it then, but that he should be down in a short time, when he would settle it. The defendant offered to set-off a note given by the plaintiff to one *S.* or bearer, dated the 10th of *December*, 1810, for one dollar and 33 cents, and also, a memorandum in his book of accounts, dated the 27th of *May*, 1811, and signed by the plaintiff, by which he admitted, that there was then due from him to the plaintiff, the sum of 63 dollars, and 48 cents. This set-off was, on proof of the plaintiff's handwriting, admitted, and the Justice rendered judgment for the defendant for the costs.

*Per Curiam.* The note which was allowed to be set-off, was given by the plaintiff three years before the note on which the suit was brought, and the settlement between the parties took place about a year and a half afterwards. The question is, whether, under the circumstances of this case, the demands exhibited by the defendant ought to have been

considered as due to him from the nominal plaintiff. In the absence of all explanation, the giving of the note in question, is *prima facie* evidence, that these demands had been satisfied; but when to this fact is added the testimony, that the defendant promised to pay the note when it was shown to him by *Hoskins*, after the assignment, the presumption that the demands offered as a set-off, had been previously settled, is not to be resisted.